In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-078 CV


____________________



RELIANCE NATIONAL INSURANCE COMPANY, Appellant



V.



DAVID C. BURNS, ROBERT ADAMS, AND 


FARMERS INSURANCE, Appellees






On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. B-161,277






MEMORANDUM OPINION


 Reliance National Insurance Company, appellant, filed a motion to dismiss this
accelerated interlocutory appeal. The Court finds that this motion is voluntarily made by
the appellant prior to any decision of this Court and should be granted. Tex. R. App. P.
42.1(a)(1). No other party filed a notice of appeal.

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. All costs are assessed against the appellant.

 PER CURIAM


Opinion Delivered February 27, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.